# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

ELIMELECH SCHWARTZ

Plaintiff,

v.

HITRONS SOLUTIONS, INC.

Defendant

CASE NO: 18-4062(VM)(KHP)

**NOTICE OF LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Elimelech Schwartz, by his counsel and pursuant to Federal Civil Rule 41(a)(2), hereby gives notice as follows:

1. On October 10, 2019 Defendant Hitrons Solutions, Inc. provided amended discovery responses indicating that this action does not present the jurisdictional amount requisite to a diversity case under 28 U.S.C. §1332 . . . neither $75,000 for an individual action nor $5,000,000 for a class action; and

2. Plaintiff therefore requests that this case be dismissed without prejudice at Plaintiff's costs pursuant to Federal Civil Rule 41(a)(2); and

3. That the Court retain jurisdiction to enforce commitments of the parties as reflected in the Court's order of August 20, 2018, p.21.[1]

A proposed order granting this request is annexed hereto.

---

[1] The parties have agreed to the payment of attorney fees per Judge Marrero's Order of August 20, 2019, without confidentiality. If the Court requires filing the agreement as a condition of retained jurisdiction, Plaintiff will file same upon Court request.

Respectfully submitted,


/s/Mark Schlachet_____
Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
markschlachet@me.com

***Attorney for Elimelech
Schwartz***

**CERTIFICATE OF SERVICE**


 Service of within Plaintiff Elimelech Schwartz' Notice of Lack of Subject Matter Jurisdiction and Request for Voluntary Dismissal Without Prejudice was served contemporaneously with the filing hereof by means of the Court's ECF system and protocols thereunder.


/s/Mark Schlachet___

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

ELIMELECH SCHWARTZ

    Plaintiff,

v.

HITRONS SOLUTIONS, INC.

    Defendant

CASE NO:  18-4062(VM)(KHP)

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Proposed)**

The Court having been advised by Plaintiff that this matter lacks the requisite jurisdictional amount to support diversity of citizenship jurisdiction on either an individual or class basis, and Plaintiff having requested pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure that the matter be dismissed accordingly, it is therefore

ORDERED that this case is dismissed without prejudice at Plaintiff's costs, the court to retain jurisdiction of the case to the extent of commitments made to pay Plaintiff's agreed counsel's fees as referenced in Order of August 20, 2018.

                                        _____

                                        UNITED STATES DISTRICT JUDGE