USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELIMELECH SCHWARTZ,                 :
                                    :
                       Plaintiff,   :    18 Civ. 4062 (VM)
                                    :
        - against -                 :    ORDER
                                    :
HITRONS SOLUTIONS, INC.             :
                                    :
                       Defendant.   :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Plaintiff Elimelech Schwartz ("Schwartz") has informed the Court that the above-captioned action does not present the jurisdictional amount required for the Court to possess subject matter jurisdiction under 28 U.S.C. Section 1332, and Schwartz consequently requests voluntary dismissal of the action without prejudice. (See Dkt. No. 34.) By letter dated October 18, 2019, defendant Hitrons Solutions, Inc. submits that the case must be dismissed with prejudice because the requisite jurisdictional amount is absent. (See Dkt. No. 35.) However, "where a court lacks subject matter jurisdiction, it also lacks the power to dismiss with prejudice." Hernandez v. Conriv Realty Assocs., 182 F.3d 121, 123 (2d Cir. 1999). Accordingly, it is hereby ordered that the above-captioned action is dismissed without prejudice at plaintiff's cost. The Court will retain jurisdiction to the extent necessary to

enforce the parties' agreement regarding the payment of reasonable attorney's fees.

**SO ORDERED.**

Dated:  New York, New York
        25 October 2019

                                    _____
                                    Victor Marrero
                                    U.S.D.J.